

**Statement**

Client #: 0000680
Statement Date: 08/22/2021

**Harrisburg Travel**
Statement For:
Ridgeview Healthcare and Rehab Center
Attn: AP
200 Pennsylvania Ave
Shenandoah, PA 17976

| Invoice # | Invoice Date | Invoice Total | Late Fee | Interest | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| 1210000103 | 3/12/2021 | $15,808.75 | $790.44 | $1,185.66 | $0.00 | $17,784.84 |
| 1210000104 | 3/12/2021 | $1,687.50 | $84.38 | $126.56 | $0.00 | $1,898.44 |
| 1210000114 | 3/19/2021 | $22,143.75 | $1,107.19 | $1,660.78 | $0.00 | $24,911.72 |
| 1210000124 | 3/26/2021 | $31,646.88 | $1,582.34 | $1,898.81 | $0.00 | $35,128.04 |
| 1210000135 | 4/2/2021 | $31,795.00 | $1,589.75 | $1,907.70 | $0.00 | $35,292.45 |
| 1210000143 | 4/9/2021 | $50,138.14 | $2,506.91 | $3,008.29 | $0.00 | $55,653.34 |
| 1210000153 | 4/16/2021 | $51,993.76 | $2,599.69 | $3,119.63 | $0.00 | $57,713.07 |
| 1210000161 | 4/23/2021 | $65,740.01 | $3,287.00 | $2,958.30 | $0.00 | $71,985.31 |
| 1210000170 | 4/30/2021 | $67,978.76 | $3,398.94 | $3,059.04 | $0.00 | $74,436.74 |
| 1210000182 | 5/7/2021 | $83,890.02 | $4,194.50 | $3,775.05 | $0.00 | $91,859.57 |
| 1210000191 | 5/14/2021 | $57,475.02 | $2,873.75 | $2,586.38 | $0.00 | $62,935.15 |
| 1210000196 | 5/21/2021 | $51,135.01 | $2,556.75 | $1,534.05 | $0.00 | $55,225.81 |
| 1210000209 | 5/28/2021 | $40,397.53 | $2,019.88 | $1,211.93 | $0.00 | $43,629.33 |
| 1210001381 | 5/28/2021 | $6,540.00 | $327.00 | $196.20 | $0.00 | $7,063.20 |
| 1210000215 | 6/4/2021 | $63,766.90 | $3,188.35 | $1,913.01 | $0.00 | $68,868.25 |
| 1210001453 | 6/4/2021 | $4,770.00 | $238.50 | $143.10 | $0.00 | $5,151.60 |
| 1210000230 | 6/11/2021 | $56,205.66 | $2,810.28 | $1,686.17 | $0.00 | $60,702.11 |
| 1210000240 | 6/18/2021 | $36,459.39 | $1,822.97 | $1,093.78 | $0.00 | $39,376.14 |
| 1210000248 | 6/25/2021 | $55,210.01 | $2,760.50 | $828.15 | $0.00 | $58,798.66 |
| 1210000253 | 7/2/2021 | $43,931.26 | $2,196.56 | $658.97 | $0.00 | $46,786.79 |
| 1210000268 | 7/9/2021 | $44,726.26 | $2,236.31 | $670.89 | $0.00 | $47,633.47 |
| 1210000278 | 7/16/2021 | $23,883.76 | $1,194.19 | $358.26 | $0.00 | $25,436.20 |
| 1210000288 | 7/23/2021 | $21,928.14 | $0.00 | $0.00 | $0.00 | $21,928.14 |
| 1210000299 | 7/30/2021 | $15,746.26 | $0.00 | $0.00 | $0.00 | $15,746.26 |
| **Invoice Totals** | | **$944,997.77** | **$45,366.17** | **$35,580.70** | **$0.00** | **$1,025,944.64** |

| | |
|---|---|
| **Original Invoice Total** | $944,997.77 |
| Late Fees | $45,366.17 |
| Interest | $35,580.70 |
| **Adjusted Invoice Total** | $1,025,944.64 |



EXHIBIT "1"