THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MILESTONE STAFFING, INC., :
:
    Plaintiff, :
: 3:21-CV-1728
    v. : (JUDGE MARIANI)
:
SHENANDOAH HEIGHTS :
HEALTHCARE, LLC d/b/a RIDGEVIEW :
HEALTHCARE & REHAB CENTER, et al., :
:
    Defendants. :

**ORDER**

**AND NOW, THIS** \_\_\_16th\_\_\_ **DAY OF AUGUST, 2022**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff Milestone Staffing, Inc.'s Motion for Leave to File an Amended Complaint (Doc. 14) is **GRANTED**.

2. Within **5 days of the date of this Order**, Plaintiff shall file the proposed Amended Complaint (Doc. 14-1), as a separate document on the docket.

3. Defendants Shenandoah Heights Healthcare, LLC d/b/a Ridgeview Healthcare & Rehab Center, Elm Management, LLC, and Kalman Yurman's Partial Motion to Dismiss Plaintiff's Complaint (Doc. 8) is ~~DISMISSED AS MOOT~~.

                                                         Robert D. Mariani
                                                         United States District Judge